IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MARIO GOMEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CORECIVIC, INC. d/b/a CROSSROADS CORRECTIONAL CENTER, and AARON INFANGER,<br><br>　　　　Defendants. | CV 24–84–GF–DWM<br><br>ORDER |

Having timely accepted the Offer of Judgment tendered by Defendants CoreCivic, Inc. d/b/a Crossroads Correctional Center and Aaron Infanger,

IT IS ORDERED that:

(1) Judgment is entered in favor of Plaintiff Mario Gomez in the amount of $10,500, which, pursuant to the Offer of Judgement, (Docs. 25, 25-1), is inclusive of all claims asserted in the above-captioned action, all claims that may have been asserted but have not been, and all costs including attorneys' fees awarded under 42 U.S.C. § 1988.

(2) The Clerk is directed to enter judgment in favor of Plaintiff Mario Gomez and against Defendants CoreCivic, Inc. d/b/a Crossroads Correctional Center and Aaron Infanger.

(3) All pending motions are MOOT and all deadlines are VACATED.

DATED this 27th day of February, 2025.

Donald W. Molloy, District Judge
United States District Court