IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MARIO GOMEZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CORECIVIC, INC. d/b/a CROSSROADS CORRECTIONAL CENTER, and AARON INFANGER,<br><br>　　　　　Defendants. | CV 24-84-GF-DWM<br><br>JUDGMENT |

　　　　IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Mario Gomez and against Defendant CoreCivic, Inc., d/b/a Crossroads Correctional Center, and Aaron Infanger pursuant to the Court's Order filed February 27, 2025, (Doc. 26). Damages are awarded to Mario Gomez in the amount of $10,500.00.

　　　　Dated this 27th day of February, 2025.

　　　　　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　　　　　/s/ Tyler P. Gilman